**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONTOUR IP HOLDING, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SZ DJI TECHNOLOGY CO., LTD., et al.,<br><br>Defendants. | Case No.  2:25-cv-02182-WLH-PVC<br><br>**ORDER EXTENDING STAY** |

Having considered the parties' Joint Status Report (the "Report," Dkt. No. 76), and good cause being shown thereby, the Court **ORDERS** as follows:

(1) The action is stayed through April 21, 2026;

(2) The Parties' deadline to conduct a Rule 26(f) conference is extended to April 24, 2026; and

(3) The Parties shall file a Joint Status Report on or before April 21, 2026.

The status conference calendared for December 5, 2025, is hereby **VACATED**.

**IT IS SO ORDERED**.

Dated: December 4, 2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE