Gary R. Sorden (admitted *pro hac vice*)
gsorden@coleschotz.com
Vishal Patel (admitted *pro hac vice*)
vpatel@coleschotz.com
Rajkumar Vinnakota (admitted *pro hac vice*)
kvinnakota@coleschotz.com
Arjun Padmanabhan (admitted *pro hac vice*)
apadmanabhan@coleschotz.com
Alex Jacovetty (admitted *pro hac vice*)
ajacovetty@coleschotz.com
COLE SCHOTZ, P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
Tel: (469) 557-9390
Fax: (469) 533-1587

Aaron L. Renfro, Bar No. 255086
arenfro@calljensen.com
Sameer Hussain, Bar No. 340386
shussain@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

ATTORNEYS FOR PLAINTIFF
CONTOUR IP HOLDINGS, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTOUR IP HOLDING, LLC | Case No.  2:25-cv-02182-WLH-PVC |
| Plaintiff, | **JOINT STATUS REPORT REGARDING STAY** |
| vs. | |
| SZ DJI TECHNOLOGY CO., LTD., et al., | |
| Defendants. | |

JOINT STATUS REPORT REGARDING STAY

Plaintiff Contour IP Holding, LLC ("Contour") and Defendants SZ DJI Technology Co., Ltd., DJI Europe B.V., DJI Technology, Inc., DJI Service LLC, DJI Industrial Inc., Saikoron LLC, and iFlight Technology Co. Ltd. (collectively, the "Parties")[1] submit this Joint Status Report Regarding Stay. The Parties believe the stay remains necessary and appropriate in light of the status in Contour's co-pending case against GoPro, *Contour IP Holding, LLC v. GoPro, Inc.*, No. 17-4738-WHO (N.D. Cal.) (the "*GoPro* Case"). Accordingly, the parties jointly request the stay remain in place for an additional 60 days until Monday, June 22, 2026.

On August 14, 2025, the Parties filed a Joint Stipulation for Temporary Stay until March 1, 2026 to facilitate settlement discussions and preserve judicial economy. Dkt. 65. The Parties noted that the requested stay would allow time for the trial of Contour's related patent infringement case against GoPro, Inc. ("GoPro"), in which asserted U.S. Patent Nos. 8,890,954 (the "'954 Patent") and 8,896,694 (the "'694 Patent") are also at issue, and therefore a stay could allow for an outcome in the *GoPro* Case and streamline the issues in this case. *Id.* at 2. On August 20, 2025, the Court stayed this case for 90 days and ordered that the parties appear for a Status Conference on December 5, 2025. Dkt. 70.

On December 3, 2025, the Parties filed a Joint Status Report regarding the stay, requesting that the stay remain in place until April 21, 2026. The Parties noted in that Joint Status Report that a verdict had been returned on the *GoPro* Case, but there was a hearing on post-trial motions scheduled for March 11, 2026, and the post-trial motions to be heard could impact the outcome and final judgment in the *GoPro* Case. *GoPro* Case, Dkt. 867. On December 4, 2025, the Court issued an order extending the stay through April 21, 2026 as requested by the Parties. Dkt. 77.

---

[1] Contour named additional purported defendants in its First Amended Complaint (Dkt. 63), which has since been stricken (Dkt. 67). Contour has not served those parties, and DJI contends they are not actual corporate entities capable of being sued. Accordingly, they are not current parties to the case that need to join this status report (Dkt. 66).

On March 10, 2026, the court in the *GoPro* Case heard the post-trial motions. Dkt. 909. The *GoPro* court indicated in the civil minutes regarding the hearing that a written order would follow. *Id.* That order in the *GoPro* Case has not yet been issued. Accordingly, the Parties request that the Court keep the stay in place to allow time for the *GoPro* Case post-trial order to issue and to avoid unnecessarily consuming Court and party resources on issues that could be significantly impacted by that order.

Accordingly, the Parties respectfully request (1) the Court stay all proceedings until June 22, 2026; (2) extend the deadline for the Parties to conduct a Rule 26(f) attorney conference until and including June 26, 2026; and (3) require the Parties to submit a Joint Status Report on or before June 22, 2026.

For the foregoing reasons, the Parties request that the Court enter the attached proposed order extending the stay through June 22, 2026.

JOINT STATUS REPORT REGARDING STAY

Dated:  April 20, 2026

By: /s/_Vishal Patel_____
Gary R. Sorden (*pro hac vice*)
gsorden@coleschotz.com
Vishal Patel (*pro hac vice*)
vpatel@coleschotz.com
Rajkumar Vinnakota (*pro hac vice*)
kvinnakota@coleschotz.com
Brian L. King (*pro hac vice*)
bking@coleschotz.com
Arjun Padmanabhan (*pro hac vice*)
apadmanabhan@coleschotz.com
Seokin Yeh (*pro hac vice*)
syeh@coleschotz.com
COLE SCHOTZ, P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
Tel: (469) 557-9390
Fax: (469) 533-1587

Aaron L. Renfro, Bar No. 255086
arenfro@calljensen.com
Sameer Hussain, Bar No. 340386
shussain@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

ATTORNEYS FOR PLAINTIFF
CONTOUR IP HOLDING, LLC

JOINT STATUS REPORT REGARDING STAY

Dated:  April 20, 2026

Respectfully submitted,

By: */s/ Catherine R. Lacey*

Jordan R. Jaffe
Catherine R. Lacey
WILSON SONSINI GOODRICH &
ROSATI, PC
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA  94105-1126
Telephone:      (415) 947-2000

James C. Yoon
WILSON SONSINI GOODRICH &
ROSATI PC
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone:      (650) 493-9300

Matthew A. Macdonald
WILSON SONSINI GOODRICH &
ROSATI PC
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900

Attorneys for Defendants
*SZ DJI Technology Co Ltd., et al.*

- 5 -
JOINT STATUS REPORT REGARDING STAY

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the ECF filer attests that the other the ECF filer attests that the other signatory listed, on whose behalf the filing is submitted, concurs in this filing's content and has authorized this filing.

/s/ Catherine R. Lacey
Catherine R. Lacey

JOINT STATUS REPORT REGARDING STAY