UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-02182-WLH-PVC | | Date | June 24, 2026 |
|---|---|---|---|---|
| Title | *Contour IP Holding LLC v. SZ DJI Technology Co Ltd et al* | | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Claudia Garcia-Marquez | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:   (IN CHAMBERS) ORDER LIFTING STAY OF PROCEEDINGS**

The Court is in receipt of the parties' Joint Status Report regarding the necessity of a continued stay of proceedings in this action.  (*See* Joint Status Report, Dkt. No. 80). The parties reported that a final judgment was entered in Plaintiff's co-pending case in the Northern District of California, *Contour IP Holding, LLC v. GoPro, Inc.*, No. 17-4738-WHO.  (*Id.* at 2).  In light of this final judgment, the parties agree that a stay is no longer necessary.  Accordingly, the Court **ORDERS** the stay lifted and directs the parties to conduct the required 26(f) conference within thirty (30) days of this Order.  The Court **SETS** a scheduling conference for July 28, 2026, at 10:00 a.m.