Gary R. Sorden (admitted *pro hac vice*)
gsorden@coleschotz.com
Vishal Patel (admitted *pro hac vice*)
vpatel@coleschotz.com
Rajkumar Vinnakota (admitted *pro hac vice*)
kvinnakota@coleschotz.com
Timothy J. Craddock (admitted *pro hac vice*)
tcraddock@coleschotz.com
Brian L. King (admitted *pro hac vice*)
bking@coleschotz.com
Arjun Nair (admitted *pro hac vice*)
anair@coleschotz.com
Seokin Yeh (admitted *pro hac vice*)
Syeh@coleschotz.com
Alex Jacovetty (admitted *pro hac vice*)
ajacovetty@coleschotz.com
COLE SCHOTZ, P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
Tel: (469) 557-9390
Fax: (469) 533-1587

Aaron L. Renfro, Bar No. 255086
arenfro@calljensen.com
Sameer Hussain, Bar No. 340386
shussain@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

ATTORNEYS FOR PLAINTIFF
CONTOUR IP HOLDINGS, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONTOUR IP HOLDING, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SZ DJI TECHNOLOGY CO., LTD., et al.,<br><br>Defendants. | Case No. 2:25-cv-02182-WLH-PVC<br><br>**JOINT MOTION TO STAY CASE AND NOTICE OF SETTLEMENT** |

Plaintiff Contour IP Holding, LLC ("Contour") and Defendants SZ DJI Technology Co., Ltd., DJI Europe B.V., DJI Technology, Inc., DJI Service LLC, DJI Industrial Inc., Saikoron LLC, and iFlight Technology Co. Ltd. (collectively, the "Parties")[1] hereby jointly move to stay all deadlines in the above-captioned matter. The Parties have reached a settlement in principle to resolve all matters in controversy between them but need additional time to complete the settlement process. Accordingly, a stay of all deadlines for 30 days is requested to allow the Parties to finalize their agreement and to file a Stipulation of Dismissal.

[SIGNATURE PAGES TO FOLLOW]

[1] Contour named additional purported defendants in its First Amended Complaint (Dkt. 68). Contour has not served those parties, and DJI contends they are not actual corporate entities capable of being sued. Accordingly, they are not current parties to the case that need to join this Motion.



CALL & JENSEN EST. 1981

Dated: August 18, 2026

By: /s/*Aaron L. Renfro*
Gary R. Sorden (*pro hac vice*)
gsorden@coleschotz.com
Vishal Patel (*pro hac vice*)
vpatel@coleschotz.com
Rajkumar Vinnakota (*pro hac vice*)
kvinnakota@coleschotz.com
Timothy J. Craddock (*pro hac vice*)
tcraddock@coleschotz.com
Brian L. King (*pro hac vice*)
bking@coleschotz.com
Arjun Nair (*pro hac vice*)
anair@coleschotz.com
Seokin Yeh (*pro hac vice*)
syeh@coleschotz.com
Alex Jacovetty (*pro hac vice*)
ajacovetty@coleschotz.com
COLE SCHOTZ, P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
Tel: (469) 557-9390
Fax: (469) 533-1587

Aaron L. Renfro, Bar No. 255086
arenfro@calljensen.com
Sameer Hussain, Bar No. 340386
shussain@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

ATTORNEYS FOR PLAINTIFF
CONTOUR IP HOLDING, LLC

Dated August 18, 2026

Respectfully submitted,

By: */s/ Jordan R. Jaffe*

Jordan R. Jaffe
Catherine R. Lacey
WILSON SONSINI GOODRICH & ROSATI, PC
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000

James C. Yoon
WILSON SONSINI GOODRICH & ROSATI PC
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300

Matthew A. Macdonald
WILSON SONSINI GOODRICH & ROSATI PC
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900

Attorneys for Defendants
*SZ DJI Technology Co Ltd., et al.*

CALL & JENSEN EST 1981

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the ECF filer attests that the other the ECF filer attests that the other signatory listed, on whose behalf the filing is submitted, concurs in this filing's content and has authorized this filing.

*/s/ Aaron L. Renfro*
Aaron L. Renfro

CALL & JENSEN EST 1981