**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CONTOUR IP HOLDING, LLC

Plaintiff,

vs.

SZ DJI TECHNOLOGY CO., LTD., et al.,

Defendants.

Case No. 2:25-cv-02182-WLH-PVC

**ORDER GRANTING MOTION TO STAY [85]**

Before the Court is the "Motion To Stay" filed jointly by Plaintiff Contour IP Holding, LLC ("Contour") and Defendants SZ DJI Technology Co., Ltd., DJI Europe B.V., DJI Technology, Inc., DJI Service LLC, DJI Industrial Inc., Saikoron LLC, and iFlight Technology Co. Ltd. (collectively, the "Parties"). The Parties aver that they have reached a settlement in principle to resolve all matters in controversy between them but need additional time to complete the settlement process and have requested a stay of all deadlines for 30 days to do so. For good cause shown, the Motion to Stay is **GRANTED.**

All deadlines in this matter are hereby stayed for 30 days from the date of this Order by which the time the Parties shall have filed a dismissal or a status report.

The scheduling conference set for August 25, 2026, is hereby **VACATED.**

**IT IS SO ORDERED**.

Dated: August 21, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE